THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS MIGNOGNA, Appellant.

Argued April 8, 1947; decided April 18, 1947.

*Joseph Lonardo* for appellant.

*Charles P. Sullivan, District Attorney (Henry W. Schober* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.